UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIGHE D. ROGERS,<br><br>            Plaintiff,<br><br>  vs.<br><br>OFFICER MINNOR,<br><br>            Defendant. | NO. CV-06-068-RHW<br><br>ORDER DISMISSING ACTION FOR FAILURE TO KEEP COURT APPRISED OF CHANGE OF ADDRESS |

    By Order filed May 9, 2006, the Court directed Plaintiff to show cause why this action should not be dismissed as Plaintiff has failed to keep the Court apprised of his current address. A copy of that Order was returned on May 15, 2006, with the notation, "undeliverable." Plaintiff has filed nothing since he initiated this action on March 2, 2006.

    Having attempted several times to contact Mr. Rogers, **IT IS ORDERED** this action is **DISMISSED without prejudice** for failure to keep the Court apprised of his change of address. **IT IS SO ORDERED.** The District Court Executive is **DIRECTED** to enter this Order, forward a copy to Plaintiff at his last known address, and close the file.

    **DATED** this 20th day of June, 2006.

                                      s/Robert H. Whaley
                                      ROBERT H. WHALEY
                               CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION-- 1